IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                            Case No.  16-M-6151-GEB

**CURTIS WAYNE ALLEN,**                          <u>UNDER SEAL</u>
**PATRICK EUGENE STEIN, and**
**GAVIN WAYNE WRIGHT,**

        Defendants.

## MOTION FOR SEALING ORDER

The government moves the court for an order sealing the above-captioned Complaint due to the fact that the arrest warrants have not yet been executed and further investigation of criminal matters could be compromised by the revelation of any of the mentioned documents.

Respectfully submitted,

THOMAS E. BEALL
ACTING UNITED STATES ATTORNEY

s/ Anthony W. Mattivi
Anthony W. Mattivi
Assistant United States Attorney
District of Kansas
290 Carlson Federal Building
444 SE Quincy Street
Topeka, KS 66683
Ph: (785) 295-2850
Fax: (785) 295-2853