**SEALED**

AO 442 (Rev 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of **Kansas**

UNITED STATES OF AMERICA

V.

PATRICK EUGENE STEIN

**WARRANT FOR ARREST**

Case Number: 16-M-6151-02-GEB

FILED
U.S. District Court
District of Kansas

OCT 17 2016

Clerk, U.S. District Court
By _____ Deputy Clerk

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **PATRICK EUGENE STEIN**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)
SEALED

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court
☐ Pretrial Release Violation Petition ☐ Probation Violation Petition ☐ Supervised Release Violation ☐ Violation Notice

UNITED STATES MARSHAL
RECEIVED

OCT 14 2016

WICHITA, KS

charging him or her with (brief description of offense)

Ct 1 - 18 USC 2 & 2332a(a)(2)(D) - Conspired with each other and with others, to use a weapon of mass destruction

☒ in violation of Title **18** United States Code, Section(s) **2 & 2332a(a)(2)(D)**

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

TIMOTHY M. O'BRIEN
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

s/ M. McGivern
Signature of Issuing Officer

October 14, 2016 at Wichita, Kansas
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named individual at |

| DATE RECEIVED 10/14/2016 | NAME AND TITLE OF ARRESTING OFFICER J. Reese Popst FBI Special Agent | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 10/14/2016 | | |

AO 442    (Rev. 08/07) Warrant for Arrest (Page2)

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:   PATRICK EUGENE STEIN

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____