# UNITED STATES DISTRICT COURT

## District of Kansas
(WICHITA DOCKET)

**UNITED STATES OF AMERICA,**

      Plaintiff,

      v.                                     Case No.  16-10141-EFM

**CURTIS WAYNE ALLEN,**    **(01)**
**PATRICK EUGENE STEIN,**   **(02)**
        and
**GAVIN WAYNE WRIGHT,**    **(03)**

      **Defendants.**

# FIRST SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

Beginning in approximately February 2016 and continuing until on or about October14, 2016, in the District of Kansas, and elsewhere, the defendants,

**CURTIS WAYNE ALLEN**,
**PATRICK EUGENE STEIN**, and
**GAVIN WAYNE WRIGHT**,

without lawful authority, conspired with each other and with others, to use a weapon of mass destruction (i.e., a destructive device as defined by Title 18, United States Code, Section 921) against people and property within the United States, and the mail or any facility of interstate or foreign commerce was used in furtherance of the offense, and such property was used in interstate and foreign commerce, a perpetrator travelled in or caused another to travel in interstate or foreign commerce in furtherance of the offense, and the offense, and the results of the offense, would have affected interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 2 & 2332a(a)(2).

## COUNT 2

On or about the 25th day of September, 2016, in the District of Kansas, the defendant,

**PATRICK EUGENE STEIN,**

knowingly carried and used a firearm, that is, a black semi-automatic handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, conspiracy to use a weapon of mass destruction, in violation of Title 18, United States Code, Section 2332a, as charged in Count 1 of this First Superseding Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 3

On or about the 11th day of October, 2016, in the District of Kansas, the defendant,

**CURTIS WAYNE ALLEN**,

who had been convicted of a misdemeanor crime of domestic violence, to wit: misdemeanor domestic battery, in violation of Section 5.10.025(a)(1) of the Wichita Municipal Code, on March 31, 2008, in the Municipal Court of Wichita, Kansas (Case No. 07C2542), knowingly possessed, in and affecting interstate or foreign commerce, the following firearms:

a. a Remington Arms, Model 10A, 12 gauge shotgun;

b. a Montgomery Ward, Model Hercules 1929, 12 gauge shotgun;

c. a Remington Arms, Model 552, .22 caliber rifle;

d. an unknown make and model .50 caliber BMG rifle;

e. a Hamilton Rifle Company, Model 2, .22 caliber rifle;

f. a Century Arms International, Model GP/WASR-10/63, 7.62mm assault rifle;

g. a Parker Brothers, Trojan Model, 12 gauge shotgun;

h. a Heritage Manufacturing, Model RR22B4, .22 caliber pistol;

i. a Colt, Model Peacemaker 22 Scout, .22 caliber pistol;

j. a Sharps Company, Pepperbox Model, .22 caliber pistol;

k. a J. Stevens, Model 12 Marksman, .22 caliber rifle;

    l.    a Stevens Arms, Model 94, 12 gauge shotgun;

    m.    a Winchester, Model 1906, .22 caliber rifle;

    n.    a Loomis LXL No. 19, 10 gauge shotgun;

    o.    a Winchester, Model 12, 12 gauge shotgun;

    p.    a Springfield Armory, Model SAR-8, 7.62mm assault rifle;

    q.    a Ruger, Model 10/22, .22 caliber rifle;

    r.    a Ruger, Model 10/22, .22 caliber rifle;

    s.    an unknown make, Model SKS, 7.62mm assault rifle;

    t.    a Colt, Model 1911A1, .45 caliber semi-automatic pistol; and

    u.    a Glock, Model 19, 9mm semi-automatic pistol;

with associated magazines and ammunition, said firearms and ammunition having been transported in interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

## COUNT 4

On or about the 14th day of October, 2016, in the District of Kansas, the defendant,

**PATRICK EUGENE STEIN,**

knowingly carried and used a firearm, that is, a Sig Sauer P250 9mm semi-automatic handgun, during and in relation to a crime of violence for which he may

be prosecuted in a court of the United States, that is, conspiracy to use a weapon of mass destruction, in violation of Title 18, United States Code, Section 2332a, as charged in Count 1 of this First Superseding Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION

1.   The allegations contained in Counts 2-4 of this First Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.   Upon conviction of the offenses alleged in Counts 2-4 of this First Superseding Indictment, the defendants,

**CURTIS WAYNE ALLEN**
and
**PATRICK EUGENE STEIN,**

shall forfeit to the United States of America any firearm used in the commission of the offenses in Counts 2-4, including, but not limited to, each firearm listed in each of those counts, along with any associated magazines and ammunition.

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

**A TRUE BILL**

  December 14, 2016            s/ Foreperson
DATE                                     FOREPERSON OF THE GRAND JURY

  s/Thomas E. Beall
THOMAS E. BEALL
United States Attorney
District of Kansas
444 S.E. Quincy, Suite 290
Topeka, Kansas 66683
(785) 295-2850
(785) 295-2853 Facsimile
Ks. S. Ct. No. 19929

> **It is requested that the trial be held in Wichita, KS**