**CLERK'S COURTROOM MINUTE SHEET**

**UNITED STATES OF AMERICA,**
            **Plaintiff,**

v.                                                                                    Case No.  16-10141-02-EFM

**PATRICK EUGENE STEIN,**
            **Defendant.**

| | | | |
|---|---|---|---|
| **JUDGE:** | Melgren | **DATE:** | February 24, 2017 |
| **DEPUTY CLERK:** | Cook | **TAPE/COURT REPORTER** | Wilkinson |
| **COUNSEL FOR PLTF.(S):** | Anthony Mattivi/ David Cora/Risa Berkower | **COUNSEL FOR DEFT.(S):** | Edward Robinson |

**HEARING**

Hearing type:        Motion Hearing-Review of Detention

Location:             Wichita, Kansas

After hearing arguments from counsel and for reasons as stated on the record, the Motion to Quash Subpoena (Doc. 78) was denied.  The Court took Defendant's Motion For Review of Detention Order (Doc. 69) under advisement, and a written order will follow.