## EXHIBITS FOR PROSECUTION

CASE NO.  6:16-cr-10141-EFM-2

| No. | Exhibit | ID | OFF | ADM | WITNESS |
|---|---|---|---|---|---|
| 1 | CD/Electronic Copy of Evidence Presented at Original Detention Hearing | | Y | Y | N/A |
| 1a | Printout/Duplication of Evidence Presented at Original Detention Hearing | | Y | Y | N/A |
| 2 | Post-Arrest Interview of Stein | | Y | Y | N/A |
| 3 | Recording of Meeting in Field by CI | | Y | Y | N/A |
| 4 | Not identified in Court (Submitted in camera) | | Y | Y | N/A |