IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-10141-02-EFM |
| ) | |
| PATRICK EUGENE STEIN, *et al.* ) | |
| ) | |
| Defendants. ) | |

**AFFIDAVIT OF COMPLIANCE WITH LOCAL RULE 83.5.5(a)(4)(B)**

Edward L. Robinson deposes and states:

1. I am over the age of 18, under no disability, and have personal knowledge of the facts in this affidavit.

2. On March 20, 2017, I served the Motion to Withdraw as Counsel, Ct. Doc. 93, and attachments, upon Patrick Eugene Stein at Butler County Jail, 701 S. Stone Road, El Dorado, Kansas.

Further affiant sayeth naught.

_____

State of Kansas   )
                 )ss:
County of Sedgwick )

This instrument was acknowledged before me on March 21, 2017 by Edward L. Robinson.

_____

My appointment expires: 06/22/2020

YARA M. ROBERTS
Notary Public - State of Kansas
My Appt. Expires 06/22/2020

## **CERTIFICATE OF SERVICE**

On March 21, 2017, I caused the foregoing document to be filed with the Clerk of the district Court through its CM/ECF system, with a true and accurate copy provided to each counsel of record in this case.

/s/ Edward L. Robinson