FILED
U.S. District Court
District of Kansas

APR 4 2017

Clerk, U.S. District Court
By_____Cm_____Deputy Clerk

Honorable Judge Melgren,                              4-1-17

    First off I want to thank you for giving me some time and space needed to make what I am classifying as one of the most important decisions of my 48 years of being alive. It has given me some time to wrap my head around things a little better and is giving me time to reach out to some trusted people for advise + thoughts on what I need to do to protect MY interests in all of this to the fullest extent possible since literally - the rest of my life could depend on the outcome.

    I have been trying to accomplish what I needed to accomplish to make an informed + intelligent decision on these matters, however, in working with the jail schedule that they mandate for me and in everybody's schedule that I'm trying to have meetings/calls with, It is taking much longer and is much more difficult than I antisipated. I have several meetings/calls set up for later this week that are crucial to me making an informed decision that I'm comfortable moving forward with. That being said, I am asking you to please give me 2 more weeks to finish what I have started. I'm sorry for it taking this long + I apoligize to the court and to my co-defendants from the bottom of my heart. If I'm given the extra 2 weeks I should

be able to finish what I have started and talk to a few others that can help me out as well. If this was not such an important matter to the rest of my life I wouldn't even ask. If the court would be so gracious as to accomodate my request it will be very much appreciated + time well spent.

Thank you for your consideration in this matter.

Respectfully,

*Patrick Stein*

PATRICK STEIN
701 S. Stone Rd
El Dorado Ks
67042

Patrick Stein
701 S. Stone Rd
El Dorado KS
67042

WICHITA KS 670
03 APR 2017 PM 2 L



CEI This Correspondence was mailed
from the BUTLER COUNTY JAIL
CONTENTS ARE UNCENSORED.

Honorable Judge Melgren
U.S. District Court
Rm 204
401 N. Market
Wichita KS 67202

67202-200023