# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

      Plaintiff,

      v.                                              Case No.  **16-CR-10141-01-EFM**

**CURTIS WAYNE ALLEN,**

      Defendant.

## GOVERNMENT'S RESPONSE TO
## THE COURT'S JULY 20, 2017 ORDER REGARDING
## DEFENDANT'S MOTION TO DISMISS COUNT 4
## FOR FAILURE TO STATE AN OFFENSE
(Re.:  Doc. 123)

APPEARS NOW the United States of America, by and through Thomas E. Beall, United States Attorney for the District of Kansas, Anthony W. Mattivi, Assistant United States Attorney for the District, David P. Cora, Trial Attorney, Counterterrorism Section of DOJ's National Security Division, Risa Berkower, Trial Attorney, Criminal Section of DOJ's Civil Rights Division, and Danielle Tarin, Attorney, Law and Policy Section of DOJ's National Security Division, and offers the following response to the Court's July 20, 2017 order directing the government to notify the Court whether the government intends to oppose Curtis Allen Wayne's motion to dismiss Count 4 under

the panel decision in *United States v. Pauler*, 857 F.3d 1072 (10th Cir. 2017).

Because the Court is bound by *Pauler*, the government respectfully submits that it would be appropriate for the Court to dispense with a hearing and to proceed to issue its decision granting the motion to dismiss Count 4. The government nonetheless believes the panel's decision in *Pauler* is incorrect for the reasons stated in the government's response opposing the motion to dismiss. Therefore the government continues to oppose the motion to preserve the government's arguments for further review.

Respectfully submitted,

THOMAS E. BEALL
United States Attorney

*Anthony W. Mattivi*
ANTHONY W. MATTIVI
Assistant United States Attorney
District of Kansas
290 Carlson Federal Building
444 SE Quincy Street
Topeka, KS 66683
Telephone: (785) 295-2850
Anthony.Mattivi@usdoj.gov

*David P. Cora*
DAVID P. CORA
Trial Attorney
Counterterrorism Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 514-7259
David.Cora@usdoj.gov

*Risa Berkower*
RISA BERKOWER
Trial Attorney
Civil Rights Division, Criminal Section
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 305-0150
Risa.Berkower@usdoj.gov

*Danielle Tarin*
DANIELLE TARIN
Attorney
Law and Policy Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Telephone: (202) 532-4493
danielle.tarin@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on the __3rd__ day of August 2017, I caused the foregoing pleading to be filed with the Clerk of the Court, with a true and accurate copy provided to each counsel of record in the case.

      *Anthony W. Mattivi*
      Anthony W. Mattivi