# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

      Plaintiff,

      v.                        Case No.   **16-CR-10141-EFM**

**CURTIS WAYNE ALLEN,
PATRICK EUGENE STEIN, and
GAVIN WAYNE WRIGHT,**

      **Defendants.**

## GOVERNMENT'S NOTICE OF EXPERT TESTIMONY
### (Fed. R. Crim. P. 16[a][1][G])

COMES NOW the United States of America, by and through Anthony W. Mattivi, Assistant United States Attorney for the District of Kansas, David P. Cora, Trial Attorney with the Counterterrorism Section of the DOJ's National Security Division, and Risa Berkower, Trial Attorney with the Criminal Section of the DOJ's Civil Rights Division, and hereby provides the following notice of proposed expert testimony, in accordance with Federal Rule of Criminal Procedure 16(a)(1)(G) and the order of this Court. The government reserves the right to amend this list both prior to and during trial.

1. **Dr. Jason (Jack) Barrow, PhD., Hazardous Device Examiner, Explosives Unit, Federal Bureau of Investigation**

    A.    Opinion: Dr. Barrow will testify that the evidentiary item labeled FBI 1B13, (one

of the items seized during the execution of a search warrant at G&G Mobile Home Center, a business owned by defendant Gavin Wright), is an improvised explosives detonator, also known as an improvised blasting cap, with a non-electric fuzing system. Dr. Barrow will testify that the detonator was fully assembled; that it was constructed using hobby fuse and a paper tube which had been reinforced with masking tape and transparent tape; and that the tube was filled with approximately one gram of HMTD, a primary explosive that may be used to ignite a larger explosion. Dr. Barrow will testify that the use of paper tubes is common in the construction of improvised explosive detonators. Dr. Barrow will testify that the hobby fuse contained a pyrotechnic filler and was attached to the reinforced paper tube containing HMTD in a manner that is designed to ignite the contents of the tube with a time delay. Dr. Barrow will testify that this time delay allows for safe separation between the explosive charge and the person igniting it. Dr. Barrow will testify that HMTD is a primary high-explosive compound that is very sensitive to heat; that hobby fuse provides sufficient thermal energy to ignite HMTD; and that, as a high-explosive compound, the energy output of HMTD is sufficient to ignite many secondary high explosives. Dr. Barrow will testify that an improvised explosives detonator of the type he examined could be used to initiate many types of conventional and improvised explosive main charges. Dr. Barrow will also testify to the additional observations, opinions, and conclusions reached in FBI Laboratory Report 2016-03429-8 (Mar. 21, 2017), attached as Exhibit A.

 Dr. Barrow will also testify about a 300-pound Large Vehicle Bomb Test conducted by the FBI Laboratory's Explosives Unit at Fort Riley, Kansas on August 28 to 30, 2017. The FBI's Explosives Unit was asked to construct and initiate a 300-pound Large Vehicle Bomb to test and demonstrate the explosive effects of such a device. Dr. Barrow's testimony will include the testing documentation for this test explosion, the main charge selection, the main charge

setup, the test arena setup, and the results of the examination, as detailed in his report, FBI Laboratory Report 2016-03429-13 (Oct. 23, 2017), attached as Exhibit B.  Dr. Barrow will testify that, following the test explosive blast, the vehicle containing the test bomb was completely destroyed, leaving a crater of approximately seven feet by five feet wide and eighteen inches deep; that the diameter of the thermal effect of the explosion was approximately 100 feet; and that fragmentation from the blast was found as far as 870 feet away from the blast.  Dr. Barrow will also testify to the other methodologies, results of the examination, and other details documented in FBI Laboratory Report 2016-03429-13 (Exhibit B).  Dr. Barrow will use still photographs, standard speed, and high speed videos of the test and test site as exhibits during his testimony.

Dr. Barrow will also testify about the chemical properties of HMTD, the method to make homemade HMTD, the equipment and chemicals needed to make HMTD, the technical knowledge required to make HMTD, and the manner in which HMTD could be used to initiate a larger explosion.  Dr. Barrow will also testify that certain notes, papers, manuals, equipment, and chemicals found during the execution of search warrants in this case are consistent with the manufacture of homemade HMTD for use in an improvised explosive device, and that the improvised blasting cap found at G&G would have been effective to initiate a larger explosion of certain types of chemicals.

Dr. Barrow will also testify about the significance of certain recorded conversations among the defendants about their own efforts to manufacture homemade explosives, as well as the significance of handwritten notes found during the searches concerning the manufacture of these explosives.  Dr. Barrow will testify about the necessary steps to make a circuit that would ignite HMTD to set off a larger bomb, and opine that the education possessed by defendant

Wright (an electrician) and defendant Allen (an alarm system installer) would enable them to easily build such a circuit.

       B.       Bases and Reasons for Opinion:  The opinions expressed by Dr. Barrow have been formulated from a combination of his professional experience, training, first-hand knowledge, and experiments he conducted in connection with this case.  These experiments are detailed in two reports, FBI Laboratory Report 2016-03429-8 (Mar. 21, 2017) (Exhibit A) and FBI Laboratory Report 2016-03429-13 (Oct. 23, 2017) (Exhibit B).

       C.       Qualifications:  Dr. Barrow has been employed since 2006 as a Forensic Scientist conducing Hazardous Device Examinations for the FBI Laboratory's Explosives Unit in Quantico, Virginia.  In this position, he deploys worldwide to provide on-scene assistance for investigations of bombings and mitigation of improvised bomb factories; provides explosives and chemistry-related technical assistance at hazmat and post-blast crime scenes; and provides advanced instruction to foreign and domestic government agencies in areas of improvised explosives chemistry, improvised explosives devices, explosive effects, the collection and preservation of evidence, and post-blast investigation, among other responsibilities.  From 2004 to 2006, he was a Forensic Scientist for the FBI Laboratory's Chemistry Unit.  He holds a B.S. in Chemistry from University of California, Davis, and a PhD in Analytical Chemistry and Materials Science and Engineering from Iowa State University.  His additional qualifications, training, publications, presentations, awards, and other relevant experience are listed in his *Curriculum Vitae*, attached as Exhibit C.

   **2.**   **Supervisory Special Agent Jason V. Miller, Chemist Forensic Examiner, Federal Bureau of Investigation**

       A.       Opinion:  Supervisory Special Agent Miller will testify that the evidentiary items labeled FBI 1B5, 1B6, 1B7, 1B8, 1B9, and 1B10 (the substance defendant Patrick Stein provided

4

to an undercover FBI employee on October 14, 2016), constituted 344.5 pounds of urea. Supervisory Special Agent Miller will testify that this quantity of urea, if mixed with nitric acid, would produce a theoretical yield of 706 pounds of urea nitrate, with an actual yield of between 50% and 90% of the theoretical yield (353 to 635 pounds). Supervisory Special Agent Miller will testify that urea nitrate is an improvised high explosive. Supervisory Special Agent Miller will testify that he conducted an experiment in which samples taken from the bags of urea that defendant Stein provided to the undercover FBI employee were mixed with nitric acid. Supervisory Special Agent Miller will testify that this experiment resulted in the creation of urea nitrate, an improvised high explosive. Please see attached FBI Laboratory Report 2016-03429-12 (Oct. 17, 2017), attached as Exhibit D.

Supervisory Special Agent Miller will also testify that he conducted experiments on the evidentiary items labeled FBI 1B208, 1B207, 1B124, 1B13, 1B210, 1B209, 1B211, 1B242, 1B243, 1B244, 1B245, 1B246, 1B247, 1B12, 1B212, and 1B241 (substances found during the execution of a search warrant on October 12, 2016 at G&G Mobile Homes, a business owned by defendant Gavin Wright). Supervisory Special Agent Miller will testify that he identified the following substances:   (1) hydrogen peroxide, which can be a precursor chemical for the synthesis of hexamethalyne triperoxide diamine (HMTD); (2) a low explosive mixture of potassium nitrate, sucrose, and sulfur; (3) a pyrotechnic mixture of potassium perchlorate and materials consistent with charcoal and terephthalic acid; (4) HMTD, which was located in both powder format and on a fuse; (5) urea prills, which can be used as a precursor for improvised explosives; and (6) aluminum powder, which may be used as a fuel for some explosive formulations. Supervisory Special Agent Miller will testify that HMTD is synthesized by a reaction of hydrogen peroxide, hexamine, and a weak acid such as citric acid. Please see

attached FBI Laboratory Report 2016-03429-5 (Feb. 28, 2017), attached as Exhibit E.

Supervisory Special Agent Miller will also testify about the chemical properties of HMTD, the method to make homemade HMTD, the equipment and chemicals needed to make HMTD, the technical knowledge required to make HMTD, and the manner in which HMTD could be used to initiate a larger explosion.  Supervisory Special Agent Miller will also testify that certain notes, papers, manuals, equipment, and chemicals found during the execution of search warrants in this case are consistent with the manufacture of homemade HMTD.  Supervisory Special Agent Miller will also testify about the significance of certain recorded conversations among the defendants about their own efforts to manufacture homemade explosives, as well as the significance of handwritten notes found during the searches concerning the manufacture of these explosives.

B.   Bases and Reasons for Opinion:  The opinions expressed by Supervisory Special Agent Miller have been formulated from a combination of his professional experience, training, first-hand knowledge, and experiments he conducted in connection with this case.  These experiments are detailed in two reports, FBI Laboratory Report 2016-03429-5 (Feb. 28, 2017) (Exhibit E) and FBI Laboratory Report 2016-03429-12 (Oct. 17, 2017) (Exhibit D).

C.   Qualifications:  Jason Miller is a Supervisory Special Agent and Chemist Forensic Examiner with the Federal Bureau of Investigation and has been so employed since February, 2011.  He is currently assigned to the FBI's Laboratory Division, Explosives Unit in Quantico, Virginia.  His current job responsibilities include performing chemical analyses of explosives and explosives-related evidence in the area of bulk explosives, explosives residues, and precursors, as well as writing reports of his findings and providing testimony about the results of his examinations.  From August 2003 to February 2011, Special Supervisory Agent

Miller was a Special Agent with the FBI, assigned to the Miami Field Office. In that position, he conducted international and domestic terrorism investigations, including weapons of mass destruction investigations and explosives investigations, and he served on the evidence response team, hazardous materials response team, and in the weapons of mass destruction program. He holds a B.A. in Chemistry from Hamline University in St. Paul, Minnesota and a Masters of Science in Forensic Science from the George Washington University in Washington, DC. His additional relevant job experience, qualifications, training, and publications are listed in his *curriculum vitae*, attached as Exhibit F.

3.  **Special Agent John Tucker, Federal Bureau of Investigation**

    A.  Opinion: Special Agent Tucker will testify that an improvised explosive device containing HMTD was found at G&G Mobile Homes, and that the device would have been effective to ignite a larger explosion such as the one planned by the defendants in this case. Special Agent Tucker, who was on-scene when the FBI executed search warrants for explosives at various locations relevant to this case, will testify to the manner in which the searches for explosive material, including HMTD, were conducted; the precautions the FBI used to execute those searches; the reasons the FBI believed there was HMTD at certain locations associated with this case; the process by which the FBI made a preliminary identification of the chemical HMTD at G&G Mobile Homes; and the relevance of additional items, including chemicals and equipment, found during those searches to the manufacture of homemade explosives. Special Agent Tucker will testify about the recovery of evidence at the locations of these searches.

    Special Agent Tucker will also testify about the process to make homemade HMTD; the significance of certain recorded conversations among the defendants about their own efforts to manufacture homemade explosives; and the significance of handwritten notes found during the

searches concerning the manufacture of these explosives. Special Agent Tucker will also testify about the necessary steps to make a circuit that would ignite HMTD to set off a larger bomb, and opine that the education possessed by defendant Wright (an electrician) and defendant Allen (an alarm system installer) would enable them to easily build such a circuit.

      B.      Bases and Reasons for Opinion: The opinions expressed by Special Agent Tucker have been formulated from a combination of his professional experience, training, and his presence at the scene, and participation in, the execution of search warrants for explosive materials in this case.

      C.      Qualifications: John Tucker has been a Special Agent with the FBI since January 1992. From December 2003 to September, 2017, Special Agent Tucker served as a Special Agent Bomb Technician Coordinator. He has been an FBI Post-Blast instructor since 2004 and a Large Vehicle Post-Blast instructor since 2001. He has served as a member of the Evidence Response Team since 1993, responding to numerous incidents including the Oklahoma City Bombing and the September 11, 2001 World Trade Center terrorist attack. He holds a B.A. in Political Science as well as a J.D. from the University of Iowa. His additional relevant job experience, qualifications, and training are listed in his *curriculum vitae*, attached as Exhibit G.

**4.**      **Amy Corrigan, IT Specialist Forensic Examiner, Heart of America Regional Computer Forensics Laboratory, Federal Bureau of Investigation**

      A.      Opinion: Ms. Corrigan will be testifying about the forensic examinations she conducted on electronic devices seized pursuant to search warrants in this case. Although the government anticipates that Ms. Corrigan will be testifying as a fact witness in this case, the government includes her in this filing out of an abundance of caution, as Ms. Corrigan's forensic examinations drew on scientific, technical, and other specialized knowledge she possesses. Ms. Corrigan will testify about the searches she ran on these electronic devices, the methods she used

8

to search them, and the results of the searches, as detailed in her report, Heart of America Regional Computer Forensics Laboratory Report of Examination (Feb. 6, 2017), attached as Exhibit H.

The government anticipates that additional searches of the defendants' seized electronic devices in this case may be conducted prior to trial in this case. To the extent that additional searches are conducted by Ms. Corrigan, the government anticipates that she will also testify about those searches, the methods used, and the results of the searches. The government will promptly provide the defense with information concerning any additional searches that are conducted of these devices, in accordance with the government's ongoing discovery obligations under Fed. R. Crim. P. 16, *Brady*, *Giglio*, and related case law.

B.     Bases and Reasons for Opinion: Ms. Corrigan's testimony is based on a combination of her professional experience, training, first-hand knowledge, and a forensic examination of electronic devices seized pursuant to search warrants in this case. These examinations are detailed in her report, Heart of America Regional Computer Forensics Laboratory Report of Examination (Feb. 6, 2017) (Exhibit H).

C.     Qualifications: Ms. Corrigan has worked for the FBI in the field of computer forensic evidence since June 2003. She has been an IT Specialist Forensic Examiner since March 2013. Prior to that time, she worked for the FBI as a Program Manager for the Digital Evidence Laboratory's Quality Assurance Program; a Program Manager for the Digital Evidence Laboratory Training Program; an IT Specialist for Digital Evidence; and a Program Manager for the Computer Analysis Response Team Training Program, among other responsibilities. She holds a B.S. in Mathematics and Computer Science from Northwest Missouri State University and has completed graduate coursework at the University of Texas in Austin and the University

9

of North Texas.  Her additional qualifications, work experience, certifications, education, and relevant professional training are listed in her *Curriculum Vitae*, attached as Exhibit I.

           Respectfully submitted,

           THOMAS E. BEALL
           United States Attorney

           *Anthony W. Mattivi*
           ANTHONY W. MATTIVI
           Assistant United States Attorney
           District of Kansas
           290 Carlson Federal Building
           444 SE Quincy Street
           Topeka, KS 66683
           Telephone: (785) 295-2850
           Anthony.Mattivi@usdoj.gov

           *David P. Cora*
           DAVID P. CORA
           Trial Attorney
           Counterterrorism Section
           National Security Division
           U.S. Department of Justice
           950 Pennsylvania Avenue NW
           Washington, D.C. 20530
           Telephone: (202) 514-7259
           David.Cora@usdoj.gov

           *Risa Berkower*
           RISA BERKOWER
           Trial Attorney
           Civil Rights Division, Criminal Section
           U.S. Department of Justice
           950 Pennsylvania Avenue NW
           Washington, D.C. 20530
           Telephone: (202) 305-0150
           Risa.Berkower@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on the __1st__ day of November, 2017, I caused the foregoing pleading to be filed with the Clerk of the Court, with a true and accurate copy provided to each counsel of record in the case.

*Anthony W. Mattivi*
Anthony W. Mattivi