# EXHIBIT A

7-1 LIMS (Rev. 5-16-16)

UNCLASSIFIED



**FBI Laboratory**

2501 Investigation Parkway
Quantico, Virginia 22135

4940 Fowler Road
Redstone Arsenal, Alabama 35898

## LABORATORY REPORT

To: JONATHAN TUCKER
Kansas City

Date: March 21, 2017

Case ID No.: 266T-KC-7542690

Lab No.: 2016-03429-8

Communication(s):  October 26, 2016; October 24, 2016; December 6, 2016

Agency Reference(s):  266T-KC-2070073; 266T-KC-2071676

Subject(s):  Patrick Eugene Stein

Victim(s):

Discipline(s):  Explosives Device

FBI Laboratory Evidence Designator(s):

**The following Item(s) were received and examined in the FBI Laboratory Explosives Unit:**

| | |
|---|---|
| Item 1 | Sample of clear liquid (1B208, E5680644) |
| Item 2 | Sample of clear liquid (1B207, E5680643) |
| Item 3 | Plastic bag (1B125, E5680636) |
| Item 3-1 | Six pieces of tape removed from Item 3 and Item 3-2 (1B125, E5680636) |
| Item 3-2 | Label removed from Item 3 (1B125, E5680636) |
| Item 4 | Sample of powder (1B124, E5480047) |
| Item 5 | One (1) length of fuse (1B13, E5680606) |
| Item 5-1 | Improvised detonator (1B13, E5680606) |
| Item 5-1-1 | Powder removed from 5-1 (1B13, E5680606) |
| Item 5-1-2 | Hobby fuse removed from 5-1 (1B13, E5680606) |
| Item 5-1-3 | Ten pieces of tape removed from Item 5-1 and Item 5-1-4 (1B13, E5680606) |
| Item 5-1-4 | Eleven pieces of tape removed from Item 5-1 (1B13, E5680606) |
| Item 5-1-5 | One piece of tape removed from 5-1 (1B13, E5680606) |
| Item 5-1-6 | One piece of tape removed from 5-1 (1B13, E5680606) |

Page 1 of 6

UNCLASSIFIED

UNCLASSIFIED

| | |
|---|---|
| Item 6 | One (1) sample of prills (1B210, E5680646) |
| Item 7 | Sample of clear liquid (1B209, E5680645) |
| Item 8 | One (1) sample of prills (1B211, E5680647) |
| Item 9 | One (1) sample of prills (1B242, E5680650) |
| Item 10 | One (1) sample of prills (1B243, E5680651) |
| Item 11 | One (1) sample of prills (1B244, E5680652) |
| Item 12 | One (1) sample of prills (1B245, E5680653) |
| Item 13 | One (1) sample of prills (1B246, E5680654) |
| Item 14 | One (1) sample of prills (1B247, E5680655) |
| Item 15 | Swab of powder (1B12, E5680605) |
| Item 16 | One (1) sample of powder (1B212, E5680648) |
| Item 17 | One (1) sample of powder (1B241, E5680649) |
| Item 18 | Trace - Hairs/Fibers Secondary Evidence |

This report contains the final results of the Explosives and Hazardous Device examinations conducted in the Explosives Unit.

**Summary:**

It is the opinion of this Explosives and Hazardous Devices Examiner that contained within the items submitted was one (1) improvised explosive detonator, also known as an improvised blasting cap, with a non-electric fuzing system. Details of the analyses performed are provided in the following sections.

**Results of Examination:**

*Overview:*

Present in submitted Item 5-1 through 5-1-2 was one (1) fully assembled improvised explosive detonator (Figure 1). This detonator was constructed using hobby fuse and a paper tube which had been reinforced with masking tape and transparent tape. The tube was filled with approximately 1 gram of the primary explosive hexamethylene triperoxide diamine (HMTD). For more information regarding the explosive chemistry exams please refer to the forensic laboratory report (2016-03429-5) by Explosives Unit Forensic Examiner Jason V. Miller dated February 28, 2017 (JVM).

UNCLASSIFIED

Item 5-1 was disassembled and rendered safe in the laboratory as shown in Figure 2. Detailed descriptions of the components used in its construction are provided in the sections below.



Figure 1: Item 5-1 as received



Figure 2: Item 5-1 after disassembly

Page 3 of 6

2016-03429-8

UNCLASSIFIED

*Fuzing System:*

Item 5-1-2 was an approximately 4-7/8 inch length of green hobby fuse which was removed from the improvised detonator. When in place, the hobby fuse ran from the outside of the tube and protruded into the tube's interior approximately 1/2 inch. Hobby fuse is used in this manner to transfer thermal energy via the controlled burning of a pyrotechnic filler and produce a reliable time delay. This allows for safe separation between the explosive charge and the individual initiating it.

Construction of the hobby fuse proceeding from the outside to the core was as follows:
- Eight (8) s-twist strands
- Twenty-four (24) z-twist strands
- Grey-colored filler material with two (2) guide strands

Hobby fuse is widely available on the open market. The source of this fuse was not identified, but it is suitable for comparisons. The grey-colored filler was identified as a pyrotechnic mixture. For more information regarding the explosive chemistry exams please refer to the forensic laboratory report (2016-03429-5) by Explosives Unit Forensic Examiner Jason V. Miller dated February 28, 2017 (JVM).

*Paper Tube:*

Item 5-1 was a paper tube with an approximate length of 2-1/2 inches, and an approximate 3/8 inch outer diameter. The hobby fuse was secured at the top of the tube with blue masking tape which extended down most of the tube's length. The bottom of the tube was also sealed with blue masking tape. The outer layer of the tube was almost entirely covered with transparent tape. The use of paper tubes is common in the construction of improvised detonators.

*Explosive Charge:*

The powder removed from the paper tube was designated as Item 5-1-1. The paper tube contained approximately 1 gram of the primary explosive hexamethylene triperoxide diamine (HMTD). For more information regarding the explosive chemistry exams please refer to the forensic laboratory report (2016-03429-5) by Explosives Unit Forensic Examiner Jason V. Miller dated February 28, 2017 (JVM).

HMTD is a primary high-explosive compound. As a primary explosive, it is very sensitive to heat. Hobby fuse produces ample thermal energy to initiate HMTD. As a high-explosive compound, the energy output of HMTD is sufficient to initiate many secondary high-explosives. An improvised detonator such as the one submitted could be used to initiate many types of conventional and improvised explosive main-charges.

*Miscellaneous Items:*

HMTD was also identified within the submitted Item 15 swab. The properties of HMTD were discussed in the previous section. For more information regarding the explosive chemistry exams please refer to the forensic laboratory report (2016-03429-5) by Explosives Unit Forensic Examiner Jason V. Miller dated February 28, 2017 (JVM).

Also submitted with Item 5 was a length of hobby fuse which measured approximately 10-3/4 inches. This piece of fuse was not attached to anything. Its construction was consistent with Item 5-1-2 described above.

Item 4 contained a low-explosive mixture of potassium nitrate, sucrose, and sulfur. For more information regarding the explosive chemistry exams please refer to the forensic laboratory report (2016-03429-5) by Explosives Unit Forensic Examiner Jason V. Miller dated February 28, 2017 (JVM).

Low explosives such as that contained in Item 4 are sensitive to initiation by heat. They can react with explosive force when placed under confinement.

The remaining items listed in this report were either determined to have no forensic value regarding the hazardous devices examinations or were examined by Forensic Examiners of other disciplines commensurate with their area of expertise.

**Methods:**

The methods utilized in the forensic analysis of the specimens included examination of photographs, visual inspection, physical measurements, comparisons of observable physical characteristics and review of references.

**Interpretations and Limitations:**

Conclusive determinations of the exact design and functioning of a rendered safe or disassembled improvised explosive device, incendiary device, or hoax device may not be effected in every case due to the condition of the components.

Due to the absence or alterations of specific manufacturer or other unique markings on items of evidence, conclusive identification of the source of an item may not always be effected in every case. Item source identifications have not been confirmed with their distributor or manufacturer unless stated in this report.

UNCLASSIFIED

**Remarks:**

For questions about the content of this report, or the status of your submission, please contact Forensic Examiner J.A. Barrow, Ph.D. at (703)632-7859.

The evidence, which includes secondary evidence, will be returned under separate cover.

This report contains the opinions and interpretations of the issuing examiner(s) and is supported by records retained in the FBI files.

The work described in this report was conducted at the Quantico Laboratory.

J.A. Barrow, Ph.D.
Explosives Unit

Page 6 of 6

2016-03429-8

UNCLASSIFIED