# EXHIBIT
# B

7-1 LIMS (Rev. 10-2-17)

UNCLASSIFIED



**FBI Laboratory**

2501 Investigation Parkway
Quantico, Virginia 22135

4940 Fowler Road
Huntsville, Alabama 35898

## LABORATORY REPORT

To:   Robin Smith
      Special Agent
      Kansas City

Date: October 23, 2017

Case ID No.: 266T-KC-7542690

Lab No.: 2016-03429-13

Communication(s):   October 11, 2017

Agency Reference(s):   266T-KC-2070073; 266T-KC-2071676

Subject(s):   Patrick Eugene Stein

Victim(s):

Discipline(s):   Explosives Device

FBI Laboratory Evidence Designator(s):

Request 1   Range Test of a 300lb Large Vehicle Bomb

This report contains the remarks of the Explosives and Hazardous Device examinations conducted by the Explosives Unit.

**Background:**

Electronic communications to the FBI Laboratory reported that 300 pounds of Urea fertilizer was seized from the subject (see Electronic Communication 266T-KC-7542690-444 by Jonathan C. Tucker, dated September 11, 2017). Following this, the Explosive Unit was requested to construct and initiate a 300 pound Large Vehicle Bomb to test and demonstrate the explosive effects of such a device in support of the above captioned case. This testing was conducted at Fort Riley, KS on August 28th-30th, 2017.

The explosive shot conducted in this demonstration is not intended to serve as an exact replica of a device placed in an urban area. This test was performed in an open air environment with limited witness material and provides a general demonstration of the destructive effects of a 300 pound large vehicle bomb on surroundings.

Explosives are a form of matter that can undergo a rapid chemical reaction and release large amounts of energy in a very short time frame. When an explosive material detonates it produces three primary effects: thermal effect, a blast overpressure effect, and a fragmentation effect.

Page 1 of 22

UNCLASSIFIED

These three effects are the fundamental drivers of the destruction that can result from an explosion. The destruction created by a 300 pound bomb such as the one used for this demonstration, is capable of causing property damage, personal injuries, and death.

**Testing Documentation:**

This test was documented using still photography, standard-speed and high-speed video. This report contains only a small portion of the images. Pre-test photographs, post-test photographs, and video files are included in the supporting documentation for this report.

**Main-charge Selection:**

Urea Nitrate is not currently used as a commercial or military explosive and it cannot be purchased on legitimate markets. It is considered an improvised explosive material, otherwise known as a home-made explosive. Urea Nitrate can be produced through the nitration of Urea fertilizer. For this test the main-charge weight of 300 pounds was chosen to match the quantity of supplied Urea fertilizer. However, when 300 pounds of Urea fertilizer is nitrated it can produce as much as 635 pounds of Urea Nitrate. The value of 300 pounds for the main-charge was maintained to produce a more conservative demonstration of the destructive effects. For more information on the production and yield of Urea Nitrate see the FBI Laboratory Report 2016-03429-12 by Jason V. Miller dated October 17, 2017 (JVM).

Although it cannot be purchased, Urea Nitrate has been studied (ref. 1) and is known to have class similarities with the commercially available blasting agent Ammonium Nitrate Fuel Oil (ANFO). ANFO is commonly used as a bulk industrial explosive and is widely available for licensed purchase. For the purposes of this demonstration ANFO was substituted for Urea Nitrate.

**Main-charge Setup:**

Commercially available ANFO was procured from Buckley Powder Co., Englewood, CO. Two 32 gallon plastic trash cans were placed in the rear cargo compartment of the bomb vehicle. Each can was filled with 150 pounds of ANFO to produce a total main-charge weight of 300 pounds. The main charge was initiated using a 3.75 pound C-4 booster which was dual primed with military blasting caps. The final setup is shown in Figure 1.

UNCLASSIFIED

UNCLASSIFIED



**Figure 1:  Main-charge setup**

### Test Arena Setup:

The test arena contained one bomb vehicle, two witness vehicles, and eighteen mannequin targets placed at various positions and distances.  A diagram of the test arena is shown in Figure 2.

The bomb vehicle was a Ford Windstar minivan (Figures 3 and 4).  A Lincoln Navigator SUV (Figure 5), used as witness vehicle #1, was placed approximately 12 ft. from the bomb vehicle.  A Mercury Tracer sedan (Figure 6), used as witness vehicle #2, was placed approximately 30 ft. from the bomb vehicle.  Both witness vehicles were positioned in parallel with the bomb vehicle.

The mannequin targets used were three-dimensional molded plastic training targets.  These targets were approximately 19 inches wide x 40 inches tall x 8 inches deep.  They were mounted on stakes in concentric circles centered on the bomb vehicle at 50, 100, 200, and 400 ft.  Refer to Figure 2 for the specific target configuration.

UNCLASSIFIED

UNCLASSIFIED



**Figure 2: Test arena set-up**

2016-03429-13

UNCLASSIFIED

UNCLASSIFIED



**Figure 3: Bomb vehicle**



**Figure 4: Bomb vehicle**

Page 5 of 22

2016-03429-13

UNCLASSIFIED

UNCLASSIFIED



**Figure 5: Witness vehicle #1**



**Figure 6: Witness vehicle #2**

Page 6 of 22

2016-03429-13

UNCLASSIFIED

**Results of Examination:**

Following the blast, the bomb vehicle and both witness vehicles showed severe explosive and fragmentation damage. The target mannequins located on the 50 foot and 100 foot circles which were still upright were noticeably tilted by the blast pressure. Nine of the eighteen mannequins showed varying degrees of damage. An overall representation is shown in Figure 7.



**Figure 7: Post-blast vehicle and target mannequin damage**

UNCLASSIFIED

UNCLASSIFIED

### Bomb Vehicle:

The bomb vehicle was completely destroyed leaving a crater that measured approximately 7 feet x 5 feet with a depth of approximately 1 foot 10 inches. The largest piece of the bomb vehicle that remained was the engine block attached to a portion of the vehicle frame (Figure 8). This was found approximately 50 feet from the crater.



**Figure 8: Post-blast damage to bomb vehicle. Witness vehicle #1 is seen overturned in the background.**

### Witness Vehicle #1:

Witness vehicle #1, was initially placed approximately 12 feet from the bomb vehicle. It was found flipped over. The passenger side rear quarter-panel measured approximately 44 feet from the crater. Extensive pressure damage and fragmentation penetrations were evident as shown in Figures 9 and 10.

Page 8 of 22

2016-03429-13

UNCLASSIFIED



**Figure 9: Post-blast damage to witness vehicle #1**



**Figure 10: Witness vehicle #1 after it had been turned upright**

Page 9 of 22

2016-03429-13

UNCLASSIFIED

### Witness Vehicle #2:

Witness vehicle #2 was originally placed approximately 30 feet from the bomb vehicle. It was found with significant pressure damage and fragmentation penetrations. The passenger side rear quarter-panel measured approximately 35 feet from the crater. This damage can be seen in Figure 11.



**Figure 11: Post-blast damage to witness vehicle #2**

### Mannequin Targets:

Of the eighteen target mannequins, nine of them had signs of damage at various levels. Mannequins #3, #13, and #15 were found knocked from their mounts. Mannequins #2, #3, #13, and #16 had fragmentation penetrations. Mannequins #5, #7, and #11 had surface abrasions. Examples of the damage to the target mannequins is shown in Figures 12, 13, and 14.

2016-03429-13

UNCLASSIFIED

UNCLASSIFIED



**Figure 12: Example of target mannequin (#15) that was knocked for its mount**



**Figure 13: Example of target mannequin (#2) with fragmentation penetration**

Page 11 of 22

2016-03429-13

UNCLASSIFIED



**Figure 14: Example of target mannequin (#11) with surface abrasions**

### *Vehicle Fragmentation:*

A limited search of the radial area up to approximately 1000 feet from the crater was conducted. With the exception of the bomb vehicle engine/frame and the witness vehicles, fragmentation found within 100 feet of the crater was not documented. At distances between 100 feet and 1000 feet, 72 pieces of vehicle fragmentation were located and documented. A graphical representation of where the items were located relative to the blast seat is shown in Figure 15.

Page 12 of 22

2016-03429-13

UNCLASSIFIED



**Figure 15: Approximate relative distances of documented post-blast fragmentation**

2016-03429-13

UNCLASSIFIED

Case 6:16-cr-10141-EFM Document 167-2 Filed 11/01/17 Page 15 of 23

UNCLASSIFIED

**Test Shot Analysis:**

*Thermal Effects:*

The thermal effect is the result of energy release in the form of heat. Temperatures produced by an explosion can exceed thousands of degrees Fahrenheit. Materials that are within the area of the thermal effect can be extensively burned or ignited by the heat of explosion. Video capture images were used to estimate the size of the thermal effect produced by the explosion. Based on the known distance between the bomb vehicle and witness vehicle #2 the diameter of the visual thermal effect was calculated to be approximately 100 feet (Figures 16 and 17).



**Figure 16: Pre-blast screen capture of high-speed video**

Page 14 of 22

2016-03429-13

UNCLASSIFIED

UNCLASSIFIED



**Figure 17: Post-initiation screen capture of high-speed video**

### *Blast Overpressure Effects:*

When an explosive material detonates the gases that are produced are under extreme pressure. These gases expand rapidly against their surroundings producing the blast overpressure effect. A visual representation of this can be seen in Figure 18, where the local atmosphere around the blast appears distorted due to the heat and high pressures. The blast overpressure effect is relatively short in duration and the pressure drops exponentially with distance from the seat of the blast. As the pressure is dissipated it becomes equal to that of the atmosphere.

2016-03429-13

UNCLASSIFIED

UNCLASSIFIED



**Figure 18: Post-initiation screen capture of high-speed video**

The effects of blast overpressure has been thoroughly studied over decades by the Department of Defense (DoD). The results of these studies are routinely used by government organizations and private companies to determine things like safe evacuation distances during bomb threats, design parameters for blast resistance structures, net explosive weights that can be safely contained in explosive storage magazines, etc.

Open air estimates for a 300 pound ANFO bomb were performed using the Department of Defense Explosives Safety Board (DDESB) Blast Effects Computer in conjunction with DoD blast overpressure structural response data. For example, DoD tests have demonstrated that, in general, for overpressures of 10-14 psi the total destruction of a vehicle is expected. A 300 pound ANFO bomb produces pressures of 12 psi or higher within 55 feet of the blast seat. Therefore it is expected that a vehicle within this area would be heavily damaged. For reference, the level of damage which occurred to witness vehicles placed approximately 12 feet and 30 feet from the bomb used for the demonstration shot was shown previously in Figures 9, 10, and 11.

Table 1 shows the estimated damage to structures at various overpressures and distances. For reference, DoD documentation states that conventional structures are typically designed to withstand 90 mph wind loads, which equates to approximately 0.14 psi. Table 1 is color coded to Figure 19 which illustrates the relative distances of expected damage to these structures.

Page 16 of 22

2016-03429-13

UNCLASSIFIED

| Material/Structure Description[2] | Expected Damage from Blast Overpressure[2] | Peak Overpressure (psi)[2] | Range (feet)[3] |
|---|---|---|---|
| Reinforced Concrete Walls | Total Destruction | >14 | 50 |
| Vehicles/Trailers | Total Destruction | 10-14 (avg. 12) | 55 |
| Unstrengthened Building (concrete block or brick walls, 8-12 inches thick) | Total Destruction / Collapse | >7 | 70 |
| Unstrengthened Building (wood frame structure) | Total Destruction / Collapse | 5-8 (avg. 6.5) | 70 |
| Reinforced Concrete Walls | Severe Spall and Some Displacement | 5-8 (avg. 6.5) | 70 |
| Unstrengthened Building (concrete block or brick walls, 8-12 inches thick) | Severe Damage / Shattering (reinforced) | >3 | 120 |
| Unstrengthened Building (concrete block or brick walls, 8-12 inches thick) | Severe Damage / Shattering (unreinforced) | >2 | 160 |
| Reinforced Concrete Walls | Moderate Cracking | 3-4 (avg. 3.5) | 110 |
| Unstrengthened Building (wood frame structure) | Studs and Sheathing Cracked | 1-3 (avg. 2) | 160 |
| Unstrengthened Building (wood frame structure) | Roof Rafter Cracked | 0.5-1.5 (avg. 1) | 280 |

**Table 1: Estimated damage to structures at various blast overpressures and ranges**

2016-03429-13

UNCLASSIFIED

UNCLASSIFIED



**Figure 19: Severity of blast overpressure damage with distance.  This effect is hemispherical and occurs in all three dimensions.**

### *Fragmentation Effects:*

Fragmentation occurs as kinetic energy is transferred from the rapidly expanding gases to materials that are around the blast site.  These propelled fragments travel at high velocities and can cause damage and injuries at distances much greater than those created by thermal and blast overpressure effects.

Most fragmentation that occurred for this demonstration shot was the result of vehicle components that had been propelled by the blast overpressure.  In Figure 20 many pieces of fragmentation can be seen as they were being accelerated outward from the blast seat.  Of the 72 pieces of fragmentation that were located and documented the furthest piece was found approximately 870 feet from the blast seat.  This piece is shown in Figure 21.  For reference, based on DoD guidelines for this 300 pound, fragmentation producing ANFO shot, the estimated safe stand-off distance from fragmentation for personnel was approximately 2633 feet (0.5 miles).

Page 18 of 22

2016-03429-13

UNCLASSIFIED



**Figure 20: Post-initiation screen capture of high-speed video**



2016-03429-13

UNCLASSIFIED

UNCLASSIFIED

**Figure 21: Fragmentation found approximately 870 feet from blast seat.  Fragmentation dimensions measured approximately 3.5 inches x 2.25 inches.**

Figure 22 shows the relative distance scale of the observed thermal effect, calculated blast overpressure effect, and observed fragmentation effect for the explosive shot conducted in this demonstration.  In Figure 23 the relative distance scale is shown with the addition of the estimated safe stand-off distance from fragmentation for personnel.



**Figure 22: Relative distances for the thermal, blast overpressure, and fragmentation effects.  These effects are hemispherical and occur in all three dimensions.**

Page 20 of 22

2016-03429-13

UNCLASSIFIED

UNCLASSIFIED



**Figure 23: Relative distances for the thermal, blast overpressure, and fragmentation effects with the safe stand-off distance for personnel.  These effects are hemispherical and occur in all three dimensions.**

**Methods:**

The methods utilized in the forensic analysis of the specimens included examination of photographs, visual inspection, physical measurements, comparisons of observable physical characteristics and review of references.

**Interpretations and Limitations:**

The explosive shot represented in this demonstration is not intended to serve as an exact replica of a specific device placed in specific area.  While the total energy release for a specific bomb is the same in any environment, the exact destructive effects of that bomb would be manifested in different ways depending the local environment.  The exact destructive effects resulting from an explosion depend on many variables including charge configuration, charge standoff distance, and the charge position in relation to structures.  A structure's specific damage response may

Page 21 of 22

2016-03429-13

UNCLASSIFIED

UNCLASSIFIED

exhibit large differences due a minor adjustment to these variables.  Additionally, structural damage response may be altered due to a structures location with respect to the charge and other structures, overall structural design, or the methods and quality of the structure's construction. The hazards associated with fragmentation and flying debris must also be generalized because specific fragmentation projections and distances are dependent on their specific interaction with the local environment.

Item source identifications have not been confirmed with their distributor or manufacturer unless stated in this report.

**References:**

1.  Air Blast from Small-Scale Hemispherical Surface Bursts of Ideal and Non-Ideal Explosives, F.W. Sandstrom, J. Stoughton, R.L. Abernathy, and M.G. Leone, New Mexico Institute of Mining and Technology, June 2000.
2.  Protection of Personnel and Property, Explosive Ordnance Disposal Procedures Technical Manual A-1-1-4, Revision 8, March 2014.
3.  Blast Effects Computer, Version 6.3, Department of Defense Explosives Safety Board, January 2008.

**Remarks:**

For questions about the content of this report or the status of your submission, please contact Forensic Examiner J. A. Barrow, Ph.D. at (703) 632-7859.

There was no physical evidence associated with this request.

This report contains the opinions and interpretations of the issuing examiner(s) and is supported by records retained in the FBI files.

The work described in this report was conducted at the Quantico Laboratory.


J. A. Barrow, Ph.D.
Explosives Unit

2016-03429-13

UNCLASSIFIED