# EXHIBIT I

Amy I Corrigan
Page 1 of 4

# CURRICULUM VITAE



## Amy I Corrigan

Federal Bureau of Investigation
Kansas City Division
Heart of America Regional Computer Forensics Laboratory
4150 N. Mulberry Dr., Suite 250
Kansas City, MO 64116
Phone: 816-584-4346

## PROFESSIONAL EXPERIENCE

**March 2013 - present**

**IT Specialist (Forensic Examiner)**
FBI Kansas City Division
Heart of America Regional Computer Forensics Laboratory
Federal Bureau of Investigation
Kansas City, MO

As a computer Forensic Examiner (FE) at the Heart of America Regional Computer Forensics Laboratory, examine physical evidence under a documented quality assurance program that includes annual proficiency testing, technical/peer and administrative reviews and adherence to standard operating procedures.

Conduct forensic examinations on digital evidence; perform search and seizure operations; perform routine laboratory functions. Completed over 250 forensic examinations.

**February 2009 - March 2013**

**Management and Program Analyst / Quality Assurance Specialist**
FBI Digital Evidence Section, Forensic Support Unit
Federal Bureau of Investigation
Quantico, VA

Served as Program Manager for the Digital Evidence Laboratory (DEL) Quality Assurance Program. In this position I was responsible for retaining the American Society of Crime Laboratory Directors / Laboratory Accreditation Board (ASCLD/LAB) accreditation for the DEL and maintaining standards used for approximately 400 digital forensic examiners at FBI headquarters and across the United States. Duties included document coordination and publication, auditing laboratories around the country, investigating quality incidents.

During this period, in addition to the duties of the DEL Quality Assurance Program Manager, I also served as the Acting Unit Chief for the Forensic Support Unit for the FBI from February 2010 through September 2010 and occasional brief periods before and after that period.

During this period, in addition to the duties of the DEL Quality Assurance Program Manager, I also served as the Acting DEL Training Program Manager during the period of October 2011 through August 2012.

**February 2008 - February 2009**

**DEL Training Program Manager**
FBI Digital Evidence Section, Forensic Support Unit
Federal Bureau of Investigation
Quantico, VA

Served as Program Manager for the Digital Evidence Laboratory Training Program, planning, coordinating, administering and monitoring training for over 300 forensic examiners in the Computer Analysis Response Team (CART) and Forensic Audio/Video and Image Analysis Unit (FAVIAU).

Amy I Corrigan
Page 2 of 4

| | |
|---|---|
| December 2006 - February 2008 | **IT Specialist (Digital Evidence)**<br>FBI Digital Evidence Section, Forensic Support Unit<br>Federal Bureau of Investigation<br>Quantico, VA |

Served as Program Manager for the Proficiency Test Program for the Digital Evidence Laboratory (DEL), coordinating, administering and monitoring annual proficiency tests for over 300 forensic examiners in the Computer Analysis Response Team (CART) and Forensic Audio/Video and Image Analysis Unit (FAVIAU).

Served as a support resource for the Computer Analysis Response Team Unit Chief for special projects such as conducting surveys, coordinating focus groups, arranging special meetings, and producing reports for outside agencies.

Served as a support resource for the Forensic Support Unit for special projects such as training in new reporting mechanisms, coordinating a knowledge management system for examiners, and producing a weekly e-mail newsletter for examiners.

| | |
|---|---|
| Jun 2003 – Dec 2006 | **Program Manager – Computer Analysis Response Team Training**<br>FBI Technical Personnel Development Unit<br>Federal Bureau of Investigation<br>Fredericksburg, VA |

Served as Program Manager for the Computer Analysis Response Team (CART) Training Program, coordinating and tracking training and certification for approximately 400 CART forensic examiners. Coordinated over 60 events each year and oversaw the 9-24 month certification process for over 200 CART forensic examiners.

Served as designee for CART Proficiency Test for 2003 through 2006, coordinating, administering and monitoring annual proficiency tests for anywhere from 150 to 280 forensic examiners each year.

| | |
|---|---|
| Feb 1998 – Jun 2003 | **Principal Consultant – Change and Learning Technologies**<br>Technology Solutions Company<br>Chicago, IL |

Served as principal consultant for primarily Fortune 1000 companies, primarily for training work associated with large software installations. Prepared proposals for commercial and government work, interfaced with clients, developed training curricula for large software implementations, developed multimedia and computer-based training, delivered training in new software systems and new business development projects.

| | |
|---|---|
| Feb 1993 – Feb 1998 | **Documentation Analyst – IT Department**<br>Wetherill Associates, Inc.<br>Royersford, PA |

Constructed documentation for nearly 400 small, internally-developed business software programs for this small automotive aftermarket distribution and manufacturing company. Delivered computer-related training to the 300 or so employees of the company. Served as project coordinator for several large software implementations.

| | | |
|---|---|---|
| Jul 1992 – Feb 1993 | **Software Engineer**<br>Aydin Computer and Monitor<br>Horsham, PA | |

Constructed specifications and software code on a team designing and developing an integrated radar system for Turkey, Italy, and Greece using the Ada programming language.

1989 – June 1992  **Training Specialist – Software Engineering**
General Dynamics / Computer Sciences Corporation
Fort Worth, TX

Oversaw the software engineering curriculum for a population of 1400 software professionals developing software for fighter jets. Designed, developed, and delivered courses for this population. Coordinated contracts with outside vendors as necessary to support software engineering training needs in the area of Ada programming, real-time analysis and design, object-oriented design and several specialized workstations for software design.

1987 – 1990  **Adjunct Professor – Math and Computer Science**
Park College – Carswell Air Force Base
Fort Worth, TX

Taught college-credit night courses in computer science and mathematics, primarily to Air Force personnel working on degrees.

Aug 1985 – 1989  **Software Engineer**
General Dynamics
Fort Worth, TX

Participated on teams developing cutting-edge flight control systems for various fighter aircraft. Worked on classified projects. Lead a team of nine software engineers in a very successful one-year, $750,000 research project for the F-111 aircraft.

## EDUCATION

1983 – 1985  **Northwest Missouri State University**
Maryville, MO
BS with double major in Mathematics and Computer Science
Completed four-year degree with a double major in just over two years.

1987 - 1990  **University of Texas at Arlington**
Arlington, TX
Graduate coursework toward Masters of Science in Computer Science

1990 – 1992  **University of North Texas**
Denton, TX
Graduate coursework toward degree in Corporate Training and Development

Amy I Corrigan
Page 4 of 4

## PROFESSIONAL TRAINING

| Date | Training |
|---|---|
| Jul 2003 | CART Quality Training |
| Jul 2003 | Linux Media Forensics |
| Jul 2003 | National White Collar Crime Center Basic Data Recovery and Analysis (BDRA) |
| Aug 2003 | High Tech Crime Investigators Association (HTCIA) George Mason University Conference |
| Sept 2003 | A+ Certification Training (computer hardware and software) |
| Oct 2003 | National White Collar Crime Center Advanced Data Recovery and Analysis (ADRA) |
| Apr 2004 | AccessData Forensic Toolkit (FTK) Boot Camp |
| Aug 2004 | HTCIA International Training Conference (speaker) |
| Aug 2004 | CART/Regional Computer Forensics Laboratory (RCFL) Workshop |
| Sep 2005 | CART/RCFL Counterterrorism Workshop |
| Aug 2006 | CART/RCFL Web Crime Workshop |
| Mar 2009 | FBI Operational Technology Division Quality Assurance Training |
| Nov 2010 | RCFL Laboratory Directors Meeting |
| June 2011 | ASCLD/LAB Internal Auditor Training |
| Aug 2012 | Digital Evidence Evolution Workshop |
| Jan 2013 | Introduction to CART Exams – self-paced |
| Mar 2013 | CART Technician / Digital Extraction Technician Practical – Stafford, VA |
| April 2013 | CART Basic Tools (FTK Boot Camp) |
| May 2013 | CART Intermediate – Operating System Artifacts |
| Aug 2013 | CART Intermediate – Web Artifacts |
| Sept 2013 | SANS 408 – Computer Forensic Investigations – Windows In-Depth |
| Dec 2013 | CART Practicals |
| Feb 2014 | iOS Devices for FEs (iPhAT/iPEX) Self-Paced Training |
| Mar 2014 | BlackLight Tool Training Course |
| April 2014 | FBI CART Moot Court |
| May 2014 | FBI Linux Command Line |
| July 2014 | FBI GPS/Cell Phone Basic Training |
| Sept 2014 | FBI AccessData Lab for Macintosh Training |
| Jan 2015 | FBI EnCase 7 Training – self-paced |
| Jun 2015 | FBI Unix Forensics |
| Jul 2015 | FBI Virtualization Workshop |
| Oct 2015 | EnCase 7 Live Training |
| April 2016 | Senior Moot Court |
| June 2016 | FBI Basic Mobile Device Training |
| Nov 2016 | FBI Presentation Skills Course |

## CERTIFICATIONS

| Date | Certification |
|---|---|
| Sept 2003 | A+ Certification - CompTIA. |
| Jan 2013 | A+ Certification – CompTIA |
| Mar 2013 | CART Technician / Digital Extraction Technician Certification |
| Mar 2013 | Network+ Certification - CompTIA |
| Aug 2013 | AccessData Certified Examiner (ACE) |
| Sept 2013 | GIAC Certified Forensic Examiner (GCFE) |
| Feb 2014 | FBI Basic WIntel Certification – Forensic Examiner |
| Mar 2014 | Certified BlackLight Examiner (CBE) |
| May 2014 | FBI Linux Command Line Certification |
| Sept 2014 | FBI Macintosh Basic Certification |
| Sept 2015 | FBI Unix Certification |
| June 2016 | FBI Mobile Device Certification |
| Sept 2016 | FBI CART Senior Examiner Certification |