# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                       Case No.   <u>16-CR-10141-EFM</u>

**CURTIS WAYNE ALLEN,** *et al.***,**

        **Defendants.**

## GOVERNMENT'S PROPOSED CASE-IN-CHIEF WITNESSES

COMES NOW the United States of America, by and through the undersigned counsel, and hereby submits its list of proposed witnesses for its case-in-chief:

(1)     Dena Allen, Liberal Police Department
(2)     Jason Barrow, FBI
(3)     Seth Beddes
(4)     Brody Benson
(5)     "SB" – testifying victim
(6)     Trish Burch
(7)     Cody Burch
(8)     Kay Burtzloff
(9)     John Chappel
(10)    Amy Corrigan, FBI
(11)    CHS
(12)    "SE" – testifying victim
(13)    "HF" – testifying victim
(14)    "IF" – testifying victim

(15) "AG" – testifying victim
(16) "LH" – testifying victim
(17) John Kane, FBI
(18) Amy Kuhn, FBI
(19) Sean Fitzgerald, FBI
(20) Diane Lang, FBI
(21) Sergio Lujano-Barajas
(22) Jason Miller, FBI
(23) Michael Miller, FBI
(24) "KM" – testifying victim
(25) Steven Near
(26) Josh Olson, Liberal Police Department
(27) Jason Ott, KDWP
(28) Adam Piland, KBI
(29) Jamieson R. Popst, FBI
(30) Stephen K. Schmidt, FBI
(31) Robin Smith, FBI
(32) Nathan Spooner
(33) Janina Spooner
(34) John Tucker, FBI
(35) UCE-1
(36) UCE-2
(37) Records Custodian, United Wireless
(38) Records Custodian, Verizon
(39) Records Custodian, Facebook
(40) Records Custodian, Paypal
(41) Records Custodian, City of Liberal, Kansas
(42) Records Custodian, City of Manhattan, Kansas
(43) Records Custodian, City of Garden City, Kansas
(44) Records Custodian, Butler County Detention Center
(45) Records Custodian, Sedgwick County Detention Center
(46) Records Custodian, Harvey County Detention Center

The government reserves the right to amend this list both prior to and during trial.

Respectfully submitted,

STEPHEN R. MCALLISTER
United States Attorney


*AW Mattivi*

ANTHONY W. MATTIVI
Assistant United States Attorney
District of Kansas
290 Carlson Federal Building

                                          444 SE Quincy Street
                                        Topeka, KS 66683
                                        Telephone: (785) 295-2850
                                        Anthony.Mattivi@usdoj.gov

| *David P. Cora* | *Risa Berkower* |
|---|---|
| DAVID P. CORA | RISA BERKOWER |
| Trial Attorney | Trial Attorney |
| Counterterrorism Section | Civil Rights Division, Criminal Section |
| National Security Division | U.S. Department of Justice |
| U.S. Department of Justice | 950 Pennsylvania Avenue NW |
| 950 Pennsylvania Avenue NW | Washington, D.C. 20530 |
| Washington, D.C. 20530 | Telephone: (202) 305-0150 |
| Telephone: (202) 514-7259 | Risa.Berkower@usdoj.gov |
| David.Cora@usdoj.gov | |
| | |
| *Danielle Tarin* | *Mary J. Hahn* |
| DANIELLE TARIN | MARY J. HAHN |
| Attorney | Trial Attorney |
| National Security Division | Civil Rights Division, Criminal Section |
| U.S. Department of Justice | U.S. Department of Justice |
| 950 Pennsylvania Avenue NW | 950 Pennsylvania Avenue NW |
| Washington, D.C. 20530 | Washington, D.C. 20530 |
| Telephone: (202) 532-4493 | Telephone: (202) 305-0921 |
| Danielle.Tarin@usdoj.gov | mary.hahn@usdoj.gov |

**CERTIFICATE OF SERVICE**

      I hereby certify that on the __8th__ day of March, 2018, I caused the foregoing pleading to be filed with the Clerk of the Court, with a true and accurate copy provided to each counsel of record in the case.

                                                      *AW Mattivi*
                                                   Anthony W. Mattivi