**EXHIBITS FOR PROSECUTION**

CASE NO.  6:16-cr-10141-EFM-1, 2, 3

| No. | Exhibit | ID | OFF | ADM | WITNESS |
|---|---|---|---|---|---|
| 13 | Transcript marked in FBI file as 1D7 Recording by CHS traveling with Patrick Stein to meeting to Hutchinson | Y | N | N | N/A |
| 118 | 1D12 - June 27, 2016 | Y | N | N | N/A |
| N/A | Grand Jury Testimony of Brody | Y | N | N | N/A |
| N/A | Transcript of July 18 meeting | Y | N | N | N/A |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |