# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

      Plaintiff,

      v.                         Case No.   <u>16-CR-10141-EFM</u>

**CURTIS WAYNE ALLEN,** *et al.*,

      **Defendants.**

## GOVERNMENT'S REVISED LIST OF CASE-IN-CHIEF WITNESSES

COMES NOW the United States of America, by and through the undersigned counsel, and hereby submits its list of proposed witnesses for its case-in-chief:

(1)    Jason Barrow, FBI
(2)    Seth Beddes
(3)    Brody Benson
(4)    Stephanie Blackburn
(5)    Trish Burch
(6)    Cody Burch
(7)    Kay Burtzloff
(8)    John Chappel
(9)    Amy Corrigan, FBI
(10)    Dan Day
(11)    Lula Harris
(12)    Amy Kuhn, FBI
(13)    Sean Fitzgerald, FBI
(14)    Diane Lang, FBI

(15) Jason Miller, FBI
(16) Michael Miller, FBI
(17) Jason Ott, KDWP
(18) Adam Piland, KBI
(19) Jamieson R. Popst, FBI
(20) Stephen K. Schmidt, FBI
(21) Robin Smith, FBI
(22) Nathan Spooner
(23) Janina Spooner
(24) John Tucker, FBI
(25) UCE-1
(26) UCE-2

The government reserves the right to amend this list as trial progresses.

Respectfully submitted,

STEPHEN R. MCALLISTER
United States Attorney

*AW Mattivi*

ANTHONY W. MATTIVI
Assistant United States Attorney
District of Kansas
290 Carlson Federal Building
444 SE Quincy Street
Topeka, KS 66683
Telephone: (785) 295-2850
Anthony.Mattivi@usdoj.gov

*David P. Cora*

DAVID P. CORA
Trial Attorney
Counterterrorism Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 514-7259
David.Cora@usdoj.gov

*Risa Berkower*

RISA BERKOWER
Trial Attorney
Civil Rights Division, Criminal Section
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 305-0150
Risa.Berkower@usdoj.gov

*Danielle Tarin*

DANIELLE TARIN

*Mary J. Hahn*

MARY J. HAHN

| | |
|---|---|
| Attorney | Trial Attorney |
| National Security Division | Civil Rights Division, Criminal Section |
| U.S. Department of Justice | U.S. Department of Justice |
| 950 Pennsylvania Avenue NW | 950 Pennsylvania Avenue NW |
| Washington, D.C. 20530 | Washington, D.C. 20530 |
| Telephone: (202) 532-4493 | Telephone: (202) 305-0921 |
| Danielle.Tarin@usdoj.gov | mary.hahn@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify that on the  26th  day of March, 2018, I caused the foregoing pleading to be filed with the Clerk of the Court, with a true and accurate copy provided to each counsel of record in the case.

*AW Mattivi*

Anthony W. Mattivi