CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

UNITED STATES OF AMERICA

      Plaintiff,

v.                                            Case No:  16-10141-EFM

CURTIS WAYNE ALLEN,
PATRICK EUGENE STEIN,
and GAVIN WAYEN WRIGHT

      Defendants.

**Attorneys for Plaintiff: Anthony Mattivi**
**Risa Berkower**
**Mary Hahn**

**Attorneys for Defendants: Melody Brannon & Richard Federico**
**Jim Pratt & Michael Shultz**
**Kari Schmidt & Tyler Emerson**

| JUDGE: | Hon. Eric F. Melgren | DATE: | 3/26/2018 |
|---|---|---|---|
| CLERK: | Justin Cook | TAPE/REPORTER: | Jo Wilkinson |
| INTERPRETER: | | PROBATION: | |

**Motions Hearings**

After the jury was dismissed for the day, the Court conducted a hearing, on the record, to continue the *James* hearing.  During the *James* Hearing, the Court sustained Defendants' objections to: Governments' Exhibits 22A, 22E, 22Q, 127B, 127C, 127D, 127F, 127H, 127I, 127L, 127O, 127P, 127hh, 127aaaa, 127mmmmm, 127nnnnn, 127ooooo, 127ppppp, 129R, 129Y, 14A, 14D, 14O, 14V, 14W, 14ii, 14ll, 14xx, 14jjj, 14kkk, 14nnn, 15B, 15C, 15V, 15mm, 15ww, and 15xx, for the reasons and to the extent stated on the record.  The Court overruled the remainder of Defendants' objections.