# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

      Plaintiff,

      v.                 Case No.   **16-CR-10141-EFM**

**CURTIS WAYNE ALLEN**, *et al.*,

      Defendants.

## GOVERNMENT'S SUPPLEMENTAL CASE-IN-CHIEF WITNESS LIST

COMES NOW the United States of America, by and through the undersigned counsel, and hereby submits the following proposed additional witness for its case-in-chief:

(1)    Sgt. Josh Olson, Liberal Police Department.

This witness was endorsed by the government in its original witness list, Doc. 280 filed on March 8, 2018, but omitted from its revised witness list, Doc. 333 filed on March 26, 2018.

                                            Respectfully submitted,

                                            STEPHEN R. MCALLISTER
                                            United States Attorney

                                            *AW Mattivi*
                                            ANTHONY W. MATTIVI

Assistant United States Attorney
District of Kansas
290 Carlson Federal Building
444 SE Quincy Street
Topeka, KS 66683
Telephone: (785) 295-2850
Anthony.Mattivi@usdoj.gov

*Risa Berkower*
RISA BERKOWER
Trial Attorney
Civil Rights Division, Criminal Section
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 305-0150
Risa.Berkower@usdoj.gov

*Mary J. Hahn*
MARY J. HAHN
Trial Attorney
Civil Rights Division, Criminal Section
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 305-0921
mary.hahn@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the  30th  day of March, 2018, I caused the foregoing pleading to be filed with the Clerk of the Court, with a true and accurate copy provided to each counsel of record in the case.

*AW Mattivi*
Anthony W. Mattivi

2