THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CURTIS WAYNE ALLEN,<br>PATRICK EUGENE STEIN,<br>and GAVIN WAYNE WRIGHT,<br><br>Defendants. | Case No. 16-10141-01,02,03-EFM |

MINUTE ORDER

BY THE DIRECTION OF THE HONORABLE ERIC F. MELGREN, UNITED STATES DISTRICT COURT JUDGE:

The Court conducted a jury trial in this matter and the jury was charged on March 26, 2018.  Deliberation began on April 17, 2018 and the Court orders that lunch be provided by the Clerk to the jury members during their deliberation.

*Eric F Melgren*

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE