IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>           Plaintiff,           )<br>                                                         )<br>vs.                                                  )<br>                                                         )<br>CURTIS ALLEN,                              )<br>PATRICK STEIN,                            )<br>GAVIN WRIGHT,                           )<br>           Defendant                       )<br>_____) | Case No. 16-10141-02-EFM |

**SECOND MOTION TO CONTINUE SENTENCING**

COMES NOW, Patrick Stein and Gavin Wright, though their attorneys of record, James Pratt and Michael Shultz, and Kari Schmidt and Tyler Emerson, and move this Court to continue their sentencing hearings currently set for September 6, 2018[1], at 1:30 p.m.:

1. The defendants received the initial drafts of the pre-sentencing reports on Monday August 6th, 2018. Objections to these reports are due on August 20, 2018.

2. Counsel for Mr. Stein need additional time to prepare their objections to the pre-sentencing report. Counsel for Mr. Wright also needs additional time as she has only just returned from a trip out of the country.

3. Counsel for Mr. Stein has been in contact with USPO Shawn Brewer and has been informed that the US Probation Office will need approximately 5 weeks prior to

sentencing to allow for objections, and responses to objections and to prepare a final pre-sentencing report to be filed at least one (1) week before sentencing.

4. Counsel for Mr. Stein has been in contact with the Counsel for Mr. Allen and has been informed that Mr. Allen does not have an objection to the requested continuance.

5. Counsel for Mr. Stein has been in contact with AUSA Tony Mattivi and has been informed that the government has no objection the requested continuance.

WHEREFORE, Mr. Stein and Mr. Wright ask this Court to continue their sentencing hearings from September 6, 2018, at 1:30 p.m. for at a period of at least 30 days or as soon thereafter as meets the convenience of the Court.

> s/ James R. Pratt
> JAMES R. PRATT, #17716
> 445 N. Waco
> Wichita, Kansas 67202
> Ph: (316) 262-2600
> Fax: (316) 262-2602
> Jim@JamesRPrattLaw.com
> Attorney for Defendant

---

[1] The Court has scheduled the sentencing hearing of all defendants (Curtis Allen, Patrick Stein, and Gavin Wright), for September 6, 2018. It is assumed by counsel that the Court intends to sentence all of the defendants on the same day.

        s/ Michael Shultz
        MICHAEL SHULTZ #23133
        Shultz Law Office, P.A.
        445 North Waco
        Wichita, Kansas 67202
        Phone: 316-269-2284
        Fax: 316-269-2011
        michael@shultzlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to each counsel of record in this case.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none

        s/James R. Pratt
        JAMES R. PRATT #17716
        Attorney for Defendant
        445 N. Waco
        Wichita, Kansas 67202
        Ph: (316) 262-2600
        Fax: (316) 262-2602
        Jim@JamesRPrattLaw.com