**From:** "Mattivi, Anthony (USAKS)" <​>
**To:** "Doherty, Shelley A. (KC) (FBI)" <​>; "Varner, David M. (KC) (FBI)" <​>; "Relford, Thomas F. (KC) (FBI)" <​>; "Menzel, Michael A. (KC) (FBI)" <​>; "Tapp, Aaron G. (KC) (FBI)" <​>; "Jenkins, Tracey M. (KC) (FBI)" <​>; "Glass Jr, Christopher M. (KC) (FBI)" <​>; "Smith, Robin (KC) (FBI)" <​>; "Kuhn, Amy M. (KC) (FBI)" <​>; "Csoka, Nancy K. (KC) (FBI)" <​>; "Moore, Chad B. (KC) (TFO)" <​>
**Subject:** Crusaders Update

Everyone:

Given recent developments, I'm reassessing where we are with possible charges in this case. Until now, I had been thinking about this case in terms of violations of 18 USC 844(i) and 18 USC 371. With the events planned in the next several days, I think the defendants are crossing into the realm of us considering a charge of 18 USC 2332a (attempting to use weapons of mass destruction – punishable by up to life imprisonment). We should (and I know we will, for tactical reasons as well as the legal reasons) pay close attention to whether any of our targets show up to any of these UC meetings armed. If so, that also gives us a valid basis for charging violations of 18 USC 924(c) (possession of a firearm in furtherance of a crime of violence, namely the attempted use of the WMD – punishable by a mandatory term of imprisonment for five years, mandatorily consecutive to any sentence imposed for the underlying WMD charge). And each time we can document a target showing up armed for a meeting, that's a separate and additional 924(c) count – with a separate (and potentially consecutive) sentence. Of course, the 844(i) and 371 counts remain applicable.

Just wanted to share my thoughts as the case progresses and evolves. Please call or email if you have questions or want to discuss further (especially if you think I'm missing the mark here – please speak up!).

Thanks,

Tony

Anthony W. Mattivi

Assistant United States Attorney

District of Kansas

290 Carlson Federal Building

444 SE Quincy Street

Topeka, KS  66683



(Desk)

(Cell)

.gov

.gov (JCON-S)

---

**Message Headers:**
```
Received: from hqv2-uembx-415.FBI.GOV (10.90.70.31) by HQV2-UEMBX-419.FBI.GOV
 (10.90.70.35) with Microsoft SMTP Server (TLS) id 15.0.1130.7 via Mailbox
 Transport; Wed, 21 Sep 2016 17:56:00 -0400
Received: from HQV2-UEMBX-410.FBI.GOV (10.90.70.23) by hqv2-uembx-415.FBI.GOV
 (10.90.70.31) with Microsoft SMTP Server (TLS) id 15.0.1130.7; Wed, 21 Sep
 2016 17:56:00 -0400
Received: from mx-east-ic.fbi.gov (10.90.70.8) by HQV2-UEMBX-410.FBI.GOV
 (10.90.70.23) with Microsoft SMTP Server id 15.0.1130.7 via Frontend
 Transport; Wed, 21 Sep 2016 17:56:00 -0400
Authentication-Results: mx-east-ic.fbi.gov; dkim=none (message not signed) header.i=none; spf=Pass smtp.mailfrom=Anthony.Ma
Received-SPF: Pass (mx-east-ic.fbi.gov: domain of
 .gov designates 10.222.1.78 as permitted
 sender) identity=mailfrom; client-ip=10.222.1.78;
 receiver=mx-east-ic.fbi.gov;
 envelope-from=".gov";
 x-sender=".gov"; x-conformance=spf_only;
 x-record-type="v=spf1"
X-SMTP-Authentication: bypass
X-SPF-Verify: bypass
X-DKIM-Verify: bypass
X-IronPort-AV: E=Sophos;i="5.30,375,1470715200";
   d="scan'208,217";a="1898086"
IronPort-PHdr: 9a23:vd1+ghbYBXDSaHfIa1tyOFT/LSx+4OfEezUN459i
 sYpIN5qZrsy4bnLW6fgltlLVR4KTs6sC0LuM9fi7EjReqb+681k6OKRWUBEEjc
 hE1ycBO+WiTXPBEfjxciYhF95DXII2t1uyMExSBdqsLwaK+i760zceF13FOBZv
 IaytQ8iJ3p7xj7v5o8ObSj4LrQL1Wal1IhSyoFeZnegtqqwmFJwMzADUqGBDYe
 VcyDAgD1uSmxHh+pX4p8Y7oGx48sgs/M9YUKj8Y79wDfkBVGxnYF0v4IXXkTWL
 DU7VvjpPGlkRx1BkBAjI9g3rGt/Ksib+sudskADcdY3VZvF8GRqIzuYhAEvTiC
 oDMzMotk3QisFqkLNzoRnnqRZ+hYHTftfRfLBAd7nbcMleDUZIQMddHwkHSsOf
 RMpHT8QrHKcS593RrkUPoV2ADBOqCfnHyzQOiHX3m6I9zbJlWUv80QguGMgC9D
 zorNLwPbxaf6b9jIrjjH2DQdl3mH21vLTIdRUoure2ULZ+dtDd4UgkUQ3PjxOf
 rpKze3vf8+kLoWWfq6JFVOmvgmMj4yg36niM7YZkyqfjp8NfggThswB0xpQ4If
 W5Qwh1a9/iH5xO4WXSfbd/WttmC0hh...
```

EXHIBIT C

5FTfXf6JCTZzwnxvefSwgAjktQDq6OD6VciyyxICkjBMmdTd/lVLn1zwwYnPCt
VX3wbrkWKzzQnY5/ACA00ylqvdMLYgyfg+nJtVvkPdSGu+0mryhbSNPmc+vqCD
6/7meanhvp+RLcdRzEm+EY9v0oyRK8V5eEBadGiB+P+g06Xj8Fe/b7FDleYek6
KfvprbY8scuPj9S0Vu14c/61L3NTCs0dJQ3VosbRoFVjimzsKhb2vJKvH+S8y6
gkisuDZggf7MP/vuBYubajCJs6rhe/I1wktNgC91hZB8zNMcSp8rAbO5EhvYsc
2eLQI5NSS1yKDpAtQ72YQADybHSISCN6Db9Reu7+QkMqGvIsdVmx28Y7gLzd+v
xzdtv1Ybdrjv9oAQa3mQH/8gLU+YJ3XrnIFFWS0vuQ0kQaiio12LXXZ5IT7yfI
l9rnEHJqXnRcftbKHsyvTV9yeyEttzYWdcBwqkEHyueY+FHfgLdnTBDNVml2|O
cLG9V44/1FXmnQnmy71hP6KUxxYxlqminpAhzuvPlRY05HpRBtiB0n+MZ3xvkm
QKATAxwvYs8gRG1|6f3P0g0LRjHttJ6qYMC11iOA==
X-IPAS-Result: A0H1AQBYAeNX/04B3gpaAxoBAQEBAgEBAQEIAQEBARUBAQE
 BAgEBAQEIAQEBAYJcNAEBAQEBZw58B40sq0SCBBSIKhQBAQEBAQEBAQEBAQKBA
 oIyBAEVAQSCFxEcXgFHJhMUEgEEEwgRnByKaY0LgkWMEII4AQEIAgEkhjiIaRE
 BY4IFC4MHBYYZk1wBGYwRgzCBdYRkiRqHBYleHoU7cgGEJV9BfwEBAQ
Received: from pp-jdcw-3.doj.gov (HELO mx.doj.gov) ([10.222.1.78])
 by mx-east-ic.fbi.gov with ESMTP; 21 Sep 2016 17:56:45 -0400
Received: from CAR-RDC04.car.doj.gov (car-rdc04.car.doj.gov [10.222.1.14])
        by pp-jdcw-3.doj.gov (8.15.0.59/8.15.0.59) with ESMTP id u8LLujq2018520;
        Wed, 21 Sep 2016 17:56:45 -0400
Received: from USAHUBSML116.usa.doj.gov (10.200.16.106) by
 car-rdc04.car.doj.gov (10.222.1.14) with Microsoft SMTP Server (TLS) id
 14.2.347.0; Wed, 21 Sep 2016 17:56:23 -0400
X-CrossPremisesHeadersFilteredBySendConnector: USAHUBSML116.usa.doj.gov
Received: from USAHUBSML114.usa.doj.gov (10.200.16.104) by
 USAHUBSML116.usa.doj.gov (10.200.16.106) with Microsoft SMTP Server (TLS) id
 15.0.1156.6; Wed, 21 Sep 2016 17:56:44 -0400
Received: from USAHUBSML114.usa.doj.gov ([fe80::c172:fc29:c541:1abd]) by
 USAHUBSML114.usa.doj.gov ([fe80::c172:fc29:c541:1abd%18]) with mapi id
 15.00.1156.000; Wed, 21 Sep 2016 17:56:44 -0400

[redacted]

Subject: Crusaders Update
Thread-Topic: Crusaders Update
Thread-Index: AdIUUXDO++yeGrGCQDuWjLPPgyXkPw==
Date: Wed, 21 Sep 2016 21:56:44 +0000
M

**EXHIBIT C**