IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>         )<br>vs. )<br>         )<br>PATRICK STEIN, )<br>        Defendant )<br>_____) | Case No. 16-10141-02-EFM |

**MOTION TO JOIN**

COMES NOW, the defendant Patrick Stein, by and through his attorneys, James R. Pratt and Michael Shultz, and respectfully moves the Court for permission to join co-defendant Curtis Allen's Motion to Strike Government's Reply (Doc. 473) [Allen filing Doc. 475]. In support of this motion Mr. Stein states as follows:

      1.    The motion filed by co-defendant Allen, is relevant to Mr. Stein and Mr. Stein seeks the same relief as set forth in Mr. Allen's Motion.

WHEREFORE, the defendant, Patrick Stein, respectfully moves that this Court grant this motion and for such and other relief as this court deems equitable.

                                        s/ James R. Pratt
                                        JAMES R. PRATT, #17716
                                        445 N. Waco
                                        Wichita, Kansas 67202
                                        Ph: (316) 262-2600
                                        Fax: (316) 262-2602
                                        Jim@JamesRPrattLaw.com
                                        Attorney for Defendant

                s/ Michael Shultz
                MICHAEL SHULTZ #23133
                Shultz Law Office, P.A.
                445 North Waco
                Wichita, Kansas 67202
                Phone: 316-269-2284
                Fax: 316-269-2011
                michael@shultzlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to each counsel of record in this case.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none

                s/James R. Pratt
                JAMES R. PRATT #17716
                Attorney for Defendant
                445 N. Waco
                Wichita, Kansas 67202
                Ph: (316) 262-2600
                Fax: (316) 262-2602
                Jim@JamesRPrattLaw.com