# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

June 30, 2021

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

    Re:  Patrick Eugene Stein
           v. United States
           No. 20-8458
           (Your No. 19-3030)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on June 24, 2021 and placed on the docket June 30, 2021 as No. 20-8458.

                           Sincerely,

                           **Scott S. Harris**, Clerk

                           by

                           Michael Duggan
                           Case Analyst